UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BROADBAND OFFICE, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 01-1720 (GMS) |

### ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following omnibus hearing date in the above-captioned Chapter 11 case:

**July 27, 2005 at 10:00 a.m. Eastern Time**

The foregoing hearing will take place at: United States Courthouse, 844 King Street, Wilmington, Delaware 19801.

Dated: June 30, 2005
Wilmington, Delaware

HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

FILED
JUN 30 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

WL: #171137 v2 (3_1t02!.DOC)