IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BROADBAND OFFICE, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 01-01720 (GMS)<br><br><br>Adversary Proceeding No. 03-60193<br><br><br>C.A. No.: 04-394 GMS |
| BROADBAND OFFICE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMERILINK LLC F/K/A AMERILINK CORP. D/B/A NACOM,<br><br>Defendant. | |

ORDER

AND NOW, THIS _____ DAY OF _____, 2005, UPON CONSIDERATION OF THE MOTION OF BIFFERATO, GENTILOTTI & BIDEN FOR LEAVE TO WITHDRAW AS COUNSEL FOR AMERILINK, IT IS HEREBY

ORDERED THAT THE MOTION IS GRANTED; AND IT IS

FURTHER ORDERED THAT BIFFERATO, GENTILOTTI & BIDEN SHALL BE WITHDRAWN AS COUNSEL OF RECORD FOR AMERILINK IN THE ABOVE-REFERENCED ADVERSARY PROCEEDING

PENDING THEREIN.

BY THE COURT:

_____
JUDGE
UNITED STATES DISTRICT COURT