IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BROADBAND OFFICE, INC., | | |
| Plaintiff, | | 03-655 (GMS) |
| vs. | | 03-682 |
| | Civil No. | 03-683 |
| IOS Capital, Inc. | | 03-690 |
| | | 03-691 |
| Defendant. | | 04-394 |
| | | 04-399 |

## SCHEDULING ORDER

It is HEREBY ORDERED that, pursuant to Fed. R. Bankr. P. 7016(b), the following dates and deadlines shall apply in the above-captioned adversary proceeding:

1. If counsel of record for a party files a motion or stipulation to withdraw his or her appearance, the Plaintiff shall have the right to direct the Clerk of the Court to enter a default and judgment by default in accordance with Bankruptcy Rule 7055 against such party unless within thirty (30) days after the date such motion or stipulation is filed, new counsel for such party enters its appearance.

2. Fact discovery shall be completed by October 31, 2005.

3. Disclosure of any experts, resumes, and expert reports under Fed. R. Civ. P. 26(a)(2) and 26(b)(4) shall be served by the party bearing the burden of proof with respect to the issue as to which such expert's testimony relates on or before November 15, 2005.

4. Disclosure of any experts, resumes, and reports from experts intended to contradict or rebut evidence propounded by an initial expert disclosure shall be served on or before December 15, 2005.

5. Expert discovery shall be completed by January 3, 2006.

6. A trial in this adversary proceeding shall commence on March 15, 2006 at 9:00 am.

Dated: August 5, 2005
Wilmington, Delaware

HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

FILED
AUG 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

WL: #173400 v1 (3PS_01!.DOC)