

1313 N. Market Street
Suite 5100
Wilmington, DE  19899-1709
302.777.6500
Fax 302.421.8390

Adam Hiller
direct dial: 302.777.6582
direct fax: 302.397.2711
hillera@pepperlaw.com

January 6, 2006

**VIA ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324, Lockbox 19
Wilmington, DE 19801

    **Re:    In re BroadBand Office, Inc., Case No. 01-1720-GMS (Chap. 11)**

Dear Judge Sleet:

    This office represents BBO Liquidation Corp. ("Plaintiff") as successor to BroadBand Office, Inc., in the above-referenced Chapter 11 case and various related adversary proceedings.

    Recently we were contacted by Your Honor's chambers regarding a mediation which had been scheduled for January 12, 2006 in the following adversary proceedings:

- Civil Action No. 03-690 (BroadBand Office, Inc. vs. Datec Corporation)

- Civil Action No. 04-394 (BroadBand Office, Inc. vs. Amerilink)

- Civil Action No. 04-399 (BroadBand Office, Inc. vs. Dittcomm)

    Our records reflect that the Court initially scheduled a mediation in another adversary proceeding (against Atlas Van Lines, Inc.), but that mediation was subsequently canceled by the Court.  I contacted counsel for Datec Corporation, Thomas Whelan, who confirmed that he did not have any record of a mediation scheduled for January 12, 2006 and that his client would likely not have sufficient time to prepare for a mediation.  The attorney for each respective defendant in the other two adversary proceedings has withdrawn.  We intend to file motions in both of those adversary proceedings to require the corporate defendants to secure new counsel by a date certain, and we recently filed a motion to amend the complaint in the case against Dittcomm to correct a possible defect in the name of the defendant.

| Philadelphia | Washington, D.C. | Detroit | New York | Pittsburgh |
| --- | --- | --- | --- | --- |
| Berwyn | Harrisburg | Orange County | Princeton | Wilmington |

www.pepperlaw.com

**Pepper Hamilton LLP**
Attorneys at Law

The Honorable Gregory M. Sleet
January 6, 2006
Page 2

   It is our understanding from Your Honor's chambers that no mediations will be going forward in these adversary proceedings on January 12, 2006. Nonetheless, we are available at the Court's convenience should Your Honor wish to address the foregoing with the parties.

               Respectfully submitted,

                 /s/
                Adam Hiller

cc: David M. Fournier, Esquire
   Thomas Whelan, Esquire (counsel for Datec Corporation), by electronic mail
   Amerilink (by mail at its last known address)
   Dittcomm (by mail at its last known address)