IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BROADBAND OFFICE, INC.,<br><br>      Plaintiff,<br><br>vs.<br><br>AMERILINK LLC F/K/A AMERILINK CORP. D/B/A NACOM,<br><br>      Defendant. | Civil No. 04-394 (GMS) |

**REQUEST FOR ENTRY OF DEFAULT BY CLERK
OF THE COURT AND FOR ENTRY OF JUDGMENT BY DEFAULT
PURSUANT TO FED. R. BANKR. P. 7055 AND FED. R. CIV. P. 55(a)(1)**

  Plaintiff BBO Liquidation Corp. ("Plaintiff"), as successor-in-interest to BroadBand Office, Inc. ("BBO"), by and through Plaintiff's undersigned counsel, hereby files this request for the Clerk of the Court to enter a default against the defendant, AMERILINK LLC F/K/A AMERILINK CORP. D/B/A NACOM ("Defendant") and for judgment upon such default pursuant to Fed. R. Bankr. P. 7055 and Fed. R. Civ. P. 55(a), and in support hereof respectfully states as follows:

  1. Plaintiff filed a complaint against Defendant on December 23, 2003, initiating the above-captioned adversary proceeding in the United States Bankruptcy Court for the District of Delaware. Defendant, by counsel, filed an answer to the complaint on January 29, 2004. On June 18, 2004, the Court entered an order withdrawing the reference to the United States District Court for the District of Delaware.

  2. The Court has entered a scheduling order (Docket No. 11) in which the Court, inter alia, authorized Plaintiff to direct the Clerk of the Court to enter a default and judgment

-2-

by default in accordance with Bankruptcy Rule 7055 against a party whose counsel withdraws its appearance, unless within thirty (30) days after the date of a motion or stipulation to withdraw is filed, new counsel for such party enters its appearance.

3. On August 1, 2004, upon motion of Defendant, Defendant's counsel of record withdrew its appearance in this case. See Docket No. 11. Since that time, Defendant has taken no action in this case. No new counsel has entered an appearance on Defendant's behalf.

4. Plaintiff therefore requests that the Clerk of the Court enter a default against Defendant. Plaintiff further requests that the Court enter a judgment on account of such default in the amount sought in the Complaint in this case, $33,515.62, plus costs in the amount of $150.

5. <u>Statement that defendant is not in the military service, as required by 50 U.S.C. app. Section 520</u>: Defendant is not a natural person and is therefore not in the military service.

6. Plaintiff waives the right to file a brief in support of this motion pursuant to D. Del. LR. 7.1.2.(a)(3).

WHEREFORE, Plaintiff respectfully requests that (i) the Clerk of this Court enter a default against the Defendant with respect to the Complaint filed in the above-captioned adversary proceeding; and (ii) the Court enter a Money Judgment in favor of BBO Liquidation Corp. against Defendant in the amount of $33,515.62, plus costs in the amount

of $150.00.

Dated: January 11, 2006        Respectfully submitted,
      Wilmington, Delaware

                                PEPPER HAMILTON LLP

                                 **/s/ Adam Hiller**
                                David M. Fournier (DE No. 2812)
                                Adam Hiller (DE No. 4105)
                                Hercules Plaza, Suite 5100
                                1313 North Market Street
                                Wilmington, Delaware 19801
                                (302) 777-6500 telephone
                                (302) 421-8390 facsimile

                                *Attorneys for Plaintiff, BBO Liquidation Corp.*