IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BROADBAND OFFICE, INC.,<br><br>                     Plaintiff,<br>vs.<br><br>AMERILINK LLC F/K/A AMERILINK CORP. D/B/A NACOM,<br><br>                     Defendant. | Civil No. 04-394 (GMS) |

## ENTRY OF DEFAULT

Defendant having withdrawn the appearance of its counsel and not having entered its appearance by new counsel within 30 days as required by the scheduling order entered by the Court in this case, a default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

                                            Peter T. Dalleo, Clerk of the Court
                                            United States District Court
                                            for the District of Delaware