IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BROADBAND OFFICE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AMERILINK LLC F/K/A AMERILINK CORP. D/B/A NACOM, <br><br> Defendant. | Civil No. 04-394 (GMS) |

## JUDGMENT BY DEFAULT

Default was entered against defendant AMERILINK LLC F/K/A AMERILINK CORP. D/B/A NACOM ("Defendant") on _____.
　　　　　　　　　　　　　　　　　　　　　　(date)

The plaintiff has requested entry of judgment by default and has filed an affidavit of the amount due and stating that this defendant is not in the military service. Furthermore, it appears from the record that this defendant is not an infant or incompetent person. Therefore, pursuant to Fed. R. Civ. P. 55(b)(1), as incorporated by Fed. R. Bankr. P. 7055, judgment is entered against this defendant in favor of the plaintiff as follows: $33,515.62 plus costs in the amount of $150.00 for a total of $33,665.62.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Peter T. Dalleo, Clerk of the Court
　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　for the District of Delaware

WL: #181961 v1 (3W#H01!.DOC)