IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BROADBAND OFFICE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AMERILINK LLC F/K/A AMERILINK CORP. D/B/A NACOM, <br><br> Defendant. | Civil No. 04-394 (GMS) |

### AFFIDAVIT OF ADAM HILLER

STATE OF DELAWARE      )
                       )   TO WIT:
COUNTY OF NEW CASTLE   )

Adam Hiller, being over the age of eighteen years and having knowledge of the matters set forth herein, states:

1. I am an attorney for the plaintiff BBO Liquidation Corp. ("Plaintiff"), as successor-in-interest to BroadBand Office, Inc. ("BBO"), in the above-captioned civil action. My office is located at Pepper Hamilton LLP, 1313 Market Street, Suite 5100, Wilmington, Delaware 19801. I have personal knowledge of, and full capacity to testify about, the facts stated in this Affidavit. The facts stated herein are true and correct to the best of my knowledge.

2. According to the Complaint filed in this case, the amount due to Plaintiff by defendant AMERILINK LLC F/K/A AMERILINK CORP. D/B/A NACOM ("Defendant") is the sum certain amount of $33,515.62.

-2-

3. To the best of my knowledge, Defendant is not a natural person and is therefore not an infant, an incompetent person, or in the military service.

I HEREBY CERTIFY UNDER PENALTIES OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

__1/11/2006__  
Date

__/s/ Adam Hiller__  
Adam Hiller

SUBSCRIBED AND SWORN TO BEFORE ME on this __11__ day of __January__, 2006.

__/s/ David A. Smith__  
Notary Public  
DAVID A. SMITH  
NOTARY PUBLIC  
STATE OF DELAWARE  
My Commission Expires Dec. 22, 2006

-2-

WL: #181961 v1 (3W#H01!.DOC)