CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 11th day of January, 2006, I caused a copy of the foregoing REQUEST FOR ENTRY OF DEFAULT BY CLERK OF THE COURT AND FOR ENTRY OF JUDGMENT BY DEFAULT PURSUANT TO FED. R. BANKR. P. 7055 AND FED. R. CIV. P. 55(a)(1) to be served via first-class mail, postage pre-paid, upon Defendant as follows:

          AmeriLink LLC
          c/o President, CEO, or other
            officer or managing agent
          2 Easton Oval, Ste. 500
          Columbus, OH 43219

          Amerilink LLC
          c/o UNITED CORPORATE SERVICES, INC.
          874 WALKER ROAD, SUITE C
          Dover, DE 19904

          **/s/ Adam Hiller**
          Adam Hiller