IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BROADBAND OFFICE, INC.,

        Plaintiff,

vs.

AMERILINK LLC F/K/A AMERILINK
CORP. D/B/A NACOM,

        Defendant.

Civil No. 04-394 (GMS)

## ENTRY OF DEFAULT

Defendant having withdrawn the appearance of its counsel and not having entered its appearance by new counsel within 30 days as required by the scheduling order entered by the Court in this case, a default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

By: _____ Marie McDavid, Deputy Clerk
Peter T. Dalleo, Clerk of the Court
United States District Court
for the District of Delaware

FILED
JAN 2 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

WL: #181961 v1 (3W#H01!.DOC)