IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BROADBAND OFFICE, INC.,<br><br>                  Plaintiff,<br><br>vs.<br><br>AMERILINK LLC F/K/A AMERILINK CORP. D/B/A NACOM,<br><br>                  Defendant. | Civil No. 04-394 (GMS) |

### JUDGMENT BY DEFAULT

Default was entered against defendant AMERILINK LLC F/K/A AMERILINK CORP. D/B/A NACOM ("Defendant") on _January 27, 2006_ (date).

The plaintiff has requested entry of judgment by default and has filed an affidavit of the amount due and stating that this defendant is not in the military service. Furthermore, it appears from the record that this defendant is not an infant or incompetent person. Therefore, pursuant to Fed. R. Civ. P. 55(b)(1), as incorporated by Fed. R. Bankr. P. 7055, judgment is entered against this defendant in favor of the plaintiff as follows: $33,515.62 plus costs in the amount of $150.00 for a total of $33,665.62.

By: _Marie McDavid, Deputy Clerk_
Peter T. Dalleo, Clerk of the Court
United States District Court
for the District of Delaware

FILED
JAN 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

WL: #181961 v1 (3W#H01!.DOC)